**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SONIA GHAWANMEH,

    **Plaintiff,**

    **v.**                            **Civil Action No. 09-631 (JMF)**

ISLAMIC SAUDI ACADEMY and
THE KINGDOM OF SAUDI ARABIA,

    **Defendant.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the Islamic Saudi Academy's Motion to Dismiss Pursuant to Rules

12(b)(1) and 12(b)(6) [#10] is **GRANTED** in part and **DENIED** in part.

    **SO ORDERED.**

                            _____
                            JOHN M. FACCIOLA
                            UNITED STATES MAGISTRATE JUDGE